```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ELIZABETH HOTCHKISS              :        CIVIL ACTION
                                 :
                                 :
                                 :
         v.                      :
                                 :
                                 :
TRANS UNION, LLC                 :        NO.17-5502
```

O R D E R

**AND NOW, TO WIT:** this 4th day of April, 2018, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


                              **Kate Barkman**, Clerk of Court

                              **BY:**/s/ Mark A. Rafferty
                                     Mark A. Rafferty
                                       Deputy Clerk


E-mailed/faxed to:
Geoffrey H. Baskerville, Esq.
Mark D. Mailman, Esq.
Terri R. Brown, Esq.
Casey Green, Esq.

Civ 2 (7/83)
41.1(b)